**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  21-cv-02398-CNS-MDB

CYNTHIA MULLEN,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF ADAMS COUNTY, COLORADO,
RICHARD A. REIGENBORN, and
WELLPATH LLC,

      Defendants.

---

**FINAL JUDGMENT AS TO DEFENDANT WELLPATH LLC**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(b), the following Final Judgment is hereby entered.

Pursuant to the ORDER [ECF No. 58] entered by the Honorable Judge Charlotte N. Sweeney on November 29, 2022, and the text-only ORDER granting Defendant Wellpath's Unopposed Motion for Entry of Rule 54(b) Judgment [ECF No. 63] issued on December 15, 2022, it is

ORDERED that Magistrate Judge Maritza Dominguez Braswell's Recommendation [ECF No. 49] is AFFIRMED and ADOPTED.  It is

FURTHER ORDERED that Defendant Wellpath LLC's Motion to Dismiss [ECF No. 23] is GRANTED and Defendant Wellpath LLC is dismissed from the case.

Dated at Denver, Colorado this 15th day of December, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  J. Dynes

J. Dynes,
Deputy Clerk