**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02398-CNS-MDB

CYNTHIA MULLEN,

    Plaintiff,

v.

RICHARD A. REIGENBORN, in his official capacity as the Sheriff of the County of Adams.

    Defendant.
_____

### UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO FED. R. CIV. P. 25(d) AND TO UPDATE CASE CAPTION
_____

Defendant Richard Reigenborn, by and through his attorney, hereby moves the Court for Substitution of Party pursuant to Fed. R. Civ. P. 25(d) and to update the case caption, and as grounds therefore states as follows:

### CERTIFICATION PURSUANT TO D.C.COLO.LCivR. 7.1

Undersigned counsel states that he has conferred with counsel for Plaintiff, Spencer Kontnik of Kontnik Cohen, LLC, and Plaintiff's counsel does not oppose the relief requested.

1. Plaintiff filed her First Amended Complaint on November 8, 2021 against Sheriff Richard Reigenborn in his official capacity as the Sheriff of Adams County. (ECF 16).

2. Sheriff Richard Reigenborn's term ended in January 2023.

3. Sheriff Gene Claps is the current Adams County Sheriff and should be substituted into the case pursuant to Fed. R. Civ. P. 25(d).

WHEREFORE, for the reasons set forth herein, the Defendant respectfully moves the

Court for an order pursuant to Fed. R. Civ. P. 25(d) substituting Sheriff Claps in this case and updating the case caption to list only "GENE CLAPS, in his official capacity as the Sheriff of the County of Adams" as the Defendant.

DATED: February 16, 2023

Respectfully submitted,

*s/Michael A. Sink*
Michael A. Sink
Assistant County Attorney
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone:  (720) 523-6116
Fax:  (720) 523-6114
msink@adcogov.org
*Counsel for Sheriff Gene Claps*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Spencer J. Kontnik
Austin M. Cohen
Matthew L. Fenicle
skontnik@kontnikcohen.com
acohen@kontnikcohen.com
mfenicle@kontnikcohen.com
*Attorneys for Plaintiff*

                                                *s/Michael A. Sink*
                                                Michael A. Sink
                                                Assistant County Attorney
                                                Adams County Attorney's Office
                                                4430 S. Adams County Pkwy
                                                5th Floor, Suite C5000B
                                                Brighton, CO  80601
                                                Phone:  (720) 523-6116
                                                msink@adcogov.org
                                                *Counsel  for Sheriff Gene Claps*