## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-02398-CNS-MDB

CYNTHIA MULLEN

        Plaintiff

v.

GENE CLAPS, in his official capacity as the Sheriff of the County of Adams,

        Defendants.

---

## UNOPPOSED MOTION FOR A TWO-WEEK EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

Plaintiff by and through her undersigned counsel, submits this Unopposed Motion for an Extension of Time to Respond to Defendant's Motion for Summary Judgment and further states as follows:

1.      Under D.C.Colo.L.Civ.R 7.1(a), the parties conferred on July 18 and 19, 2023, and Defendant does not oppose the requested extension of time.

2.      Defendant filed a Motion for Summary Judgement on June 30, 2023 [ECF 84]. Under D.C.Colo.L.Civ.R 56.1(a), Plaintiff's Response is due on July 21, 2023. Under F.R.C.P. 6(b)(1)(A), the Court may extend the time to respond for good cause. As explained below, there is good cause to extend the deadline two weeks to August 4, 2023, to file a Response to the Motion for Summary Judgment.

3.      Defendant filed leave to file five (5) excess pages to the Court's usual limit of twenty (20) pages and in its filing, took all twenty-five (25) additional pages on its motion.

4.     Naturally, these additional pages, along with the motion in its entirety consists of additional case law and arguments to review and respond to which requires additional time to respond to.

5.     Further, this Court granted Plaintiff's motion to extend her response to the pending 702 motion on June 29, 2023, in which Plaintiff was granted an extra week to respond to the 702 motion. Notably, this put Plaintiff's response to the 702 motion one-week after the Motion for Summary Judgement was filed. This necessary additional week to respond to the 702 motion took time away from Plaintiff's ability to begin responding to the Motion for Summary Judgment.

6.     Undersigned counsel has been undergoing weekly medical treatment in which counsel was out of the office and unable to work for days at a time on a week-to-week basis. Undersigned also anticipates being out of the office for multiple days over the next two weeks as he continues medical treatment.

7.     The requested extension is supported by good cause and not made for purposes of delay. Neither party will be prejudiced by the two-week extension.

8.     To date, one stipulation for extension of time for the Defendant to file its answer has been filed with the Court in this matter and the Court has granted two extensions of time for Plaintiff to respond to the Motion to Dismiss and for Plaintiff to respond to the Motion to Preclude the Expert Testimony of Roger Williams. This is Plaintiff's first request to extend the deadline to respond to the Motion for Summary Judgment.

9.     Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this Motion will be served on the Plaintiff contemporaneously with its filing.

WHEREFORE, the Plaintiff respectfully request that this Court extend the deadline to

respond to the Motion for Summary Judgment to August 4, 2023.

Respectfully submitted this 19th day of July 2023.

Respectfully submitted,

KONTNIK | COHEN, LLC
_Matthew L. Fenicle_
Spencer J. Kontnik
Austin M. Cohen
Matthew L. Fenicle
201 Steele Street, Suite 210
Denver, Colorado 80206
Phone: (720) 449-8448
Fax: (720) 223-7273
E-mail: skontnik@kontnikcohen.com
E-Mail: acohen@kontnikcohen.com
E-Mail: mfencile@kntnikcohen.com
_Attorneys for Plaintiff_

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2023, I electronically filed the foregoing *Unopposed Motion for an Extension of Time to Respond to Defendant's Motion for Summary Judgment* with the Clerk of the Court using the CM/ECF system. The filing will be served via CM/ECF to the following:

Michael Sink
msink@adcogov.org

*s/ Kylee R. Dickinson*
Kylee R. Dickinson
