| | |
|---|---|
| **From:** | Michael Sink |
| **To:** | Spencer Kontnik |
| **Cc:** | Matthew Fenicle |
| **Subject:** | RE: Rule 408 Settlement Communication: Mullen v. Adams County |
| **Date:** | Wednesday, June 29, 2022 12:38:17 PM |

Spencer,

Thank you for your settlement offer. At this time, given the unresolved legal issues, the County wants to proceed forward with the case at least until we get more guidance on those issues.

Yours,

**Michael A. Sink**

Assistant County Attorney, *Adams County Attorney's Office*

4430 South Adams County Parkway, Suite C5000B

Brighton, CO 80601-8206

P: 720.523.6116 | F: 720.523.6114

msink@adcogov.org | adcogov.org

**From:** Spencer Kontnik <skontnik@kontnikcohen.com>
**Sent:** Thursday, June 23, 2022 12:23 PM
**To:** Michael Sink <MSink@adcogov.org>
**Cc:** Matthew Fenicle <mfenicle@kontnikcohen.com>
**Subject:** Rule 408 Settlement Communication: Mullen v. Adams County

Please be cautious: This email was sent from outside Adams County

Mike,

I apologize for the delay in getting back to you. After discussing the status of this case with Ms. Mullen and specifically discussing the fact that Ms. Mullen's primary form of relief is now based on our respective attorney's fees in this action, Ms. Mullen has agreed to a one time offer of $█████. This offer will remain open until the close of business on June 30, 2022.

Kind Regards,

Spencer J. Kontnik, Partner
Pronouns: he, him, his
Kontnik | Cohen, LLC
201 Steele Street, Ste. 210
Denver, CO 80206
Ph: (720) 449-8448
Fax: (720) 223-7273

www.KontnikCohen.com

**NOTICE: This e-mail message is the property of Kontnik | Cohen, LLC. The contents of this message and any attachments are confidential and protected by law under the attorney-client privilege, attorney-work-product doctrine, and/or other applicable privileges. If you are not the intended recipient of this message, please forward a copy to skontnik@kontnikcohen.com and delete the message and its attachments from your computer. Thank you.**

**Exhibit B**