**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02398-CNS-MDB

CYNTHIA MULLEN,

    Plaintiff,

v.

GENE CLAPS, in his official capacity as the Sheriff of the County of Adams,

    Defendants.

_____

**DEFENDANT'S UNOPPOSED MOTION TO RESET OCTOBER 2, 2023 HEARING PURSUANT TO D.C.COLO.LCivR 6.1**
_____

Defendant, Gene Claps in his official capacity, by his attorneys, the Adams County Attorney's Office, hereby moves the Court to reset the October 2, 2023 hearing regarding Plaintiff's Motion for Leave to Amend First Amended Complaint (ECF No. 93) pursuant to D.C.Colo.L.Civ.R. 6.1. As grounds therefore, Defendant states:

**CERTIFICATION OF CONFERRAL PURSUANT TO D.C.COLO.L.CIV.R. 7.1(A)**

Counsel has conferred with Ms. Mullen's counsel who does not oppose the relief requested. Ms. Mullen's counsel has also consented to the proposed alternative hearing dates.

**MOTION**

1. Plaintiff served her Motion for Leave to Amend the First Amended Complaint on August 25, 2023. (ECF No. 93).

2. On August 28, 2023, the Court set a video hearing on Plaintiff's Motion for October 2, 2023 at 11:00 a.m. (ECF No. 95).

3. Undersigned counsel is currently set to present oral argument in the United States Court of Appeals for the Tenth Circuit at the morning session on October 2, 2023, Appeal No. 22-1339, *Coates, et al v. Reigenborn*.

4. Undersigned counsel, therefore, respectfully requests the Court reset the October 2, 2023 morning hearing.

5. Subject to the Court's availability, undersigned counsel and counsel for Ms. Mullen are both available the afternoon of October 2, 2023, as well as both the morning and afternoon of October 4, 2023, for video hearing on the motion to amend.

6. No party will be prejudiced by a resetting of the hearing. The resetting will not delay the proceedings in this matter as trial has not yet been set for this matter.

7. Pursuant to D.C.Colo.LCivR. 6.1(b), this is Defendant's first request for a resetting of a scheduled hearing or conference.

8. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion will be provided to Sheriff Claps.

WHEREFORE, Defendant respectfully requests that this Court reset the hearing on Plaintiff's Motion for Leave to Amend the First Amended Complaint to either the afternoon of October 2, 2023, or the morning or afternoon of October 4, 2023.

DATED: August 29, 2023.

Respectfully submitted,

*s/Michael A. Sink*
Michael A. Sink
Assistant County Attorney
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone:  (720) 523-6116
Fax:  (720) 523-6114
msink@adcogov.org
*Counsel  for Gene Claps*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Spencer J. Kontnik
Austin M. Cohen
Matthew L. Fenicle
skontnik@kontnikcohen.com
acohen@kontnikcohen.com
mfenicle@kontnikcohen.com
*Attorneys for Plaintiff*

*s/Michael A. Sink*
Michael A. Sink
Assistant County Attorney
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone:  (720) 523-6116
Fax:  (720) 523-6114
msink@adcogov.org
*Counsel  for Gene Claps*