IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-02398- CNS-MDB

CYNTHIA MULLEN,

    Plaintiff,

v.

GENE CLAPS, in his official capacity as the Sheriff of the County of Adams,

    Defendant.

## JOINT MOTION FOR SETTLEMENT CONFERENCE

The parties through their respective counsel submit this Joint Motion for Settlement Conference under D.C.COLO.LCivR 16.6, and in support thereof state as follows:

1. On January 11, 2024, during the Final Pretrial Conference, the parties engaged in discussions with the Court about the possibility of attending magistrate sponsored mediation. At that time, the Court had yet to rule on the pending summary judgment motion.

2. On March 7, 2024, the Court issued an order denying Defendant's Motion for Summary Judgment. *See* Order re MSJ [ECF 124]. The Court also granted in part and denied in part Defendant's Motion to Exclude Plaintiff's Expert, Roger Williams, and granted Plaintiff's Motion to Reconsider the Order striking a jury trial. *Id*. A jury trial is scheduled for June 10, 2024.

3. On April 14, 2024, Defendant filed an Offer of Judgment under F.R.C.P. 68. [ECF 125].[1] Although Plaintiff has not accepted the Offer of Judgment, the parties believe that

---

[1] Plaintiff previously sent a settlement demand in 2022, which Defendant rejected.

this case is well situated for mediation with a federal magistrate. The issues presented in this case involve complex issues of federal law and damages, which may ultimately be an issue of first impression post-*Cummings*. *See generally* Order re MSJ at 14-17 (discussing the effect of *Cummings v. Premier Rehab Keller PLLC*, 596 U.S. 212 (2022)).

WHEREFORE, the parties respectfully request that Court ORDER mediation with a federal magistrate as soon as practical in advance of the scheduled June 10, 2024, trial.

Dated: May 1, 2024

Respectfully submitted,

| | |
|---|---|
| *s/ Spencer J. Kontnik* | *s/ Michael A. Sink* |
| Spencer J. Kontnik, #47447 | Michael A. Sink, #36064 |
| KONTNIK | COHEN, LLC | Adams County Attorney's Office |
| 201 Steele Street, Suite 210 | 4430 South Adams County Parkway, Suite C5000B |
| Denver, Colorado 80206 | Brighton, Colorado 80601 |
| E-Mail: Skontnik@kontnikcohen.com | E-Mail: MSink@adcogov.org |
| Telephone: (720) 449-8448 | Telephone: (720) 523-6116 |
| Fax: (720) 223-7273 | Fax: (720) 523-6114 |
| Attorney for Plaintiff | Attorney for Defendant |