IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No:   21-cv-02398-CNS-MDB   Date:   May 23, 2024
Courtroom Deputy:   E. Lopez Vaughan   FTR:   Courtroom 101

| *Parties:* | *Counsel:* |
|---|---|
| Cynthia Mullen | Spencer Kontnik |
| | Matthew Fenicle |
| Plaintiffs, | |
| v. | |
| Gene Claps | Michael Sink |
| Defendant. | |

## COURTROOM MINUTES

**SETTLEMENT CONFERENCE**

**11:42 a.m.**   **Court in session.**

Court calls case. Appearances of counsel.

The Court calls the case and states on the record the terms of the settlement agreement reached by the parties.

Court questions parties as to their understanding and agreement with the terms stated.

Court will inform Judge Charlotte N. Sweeney that a settlement has been reached in this case.

**ORDERED:**   The parties shall submit a Stipulated Motion for Dismissal with Prejudice on or before July 8, 2024.

**11:45 a.m.**   **Court in recess.**

Hearing concluded.
Total in-court time:   00:03
Total preparation time: 00:30
Total negotiation time: 02:45

Total time: 03:17

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.