IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02398-CNS-MDB

CYNTHIA MULLEN,

    Plaintiff,

v.

GENE CLAPS, in his official capacity as the Sheriff of the County of Adams,

    Defendants.

_____

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

The above parties, through their respective undersigned counsel of record, hereby Stipulate for Dismissal with Prejudice of the above-captioned action and causes of action, each party to pay their own costs and fees.

Respectfully submitted this 13th day of June, 2024.

| *s/Spencer Kontnik* | *s/Michael A. Sink* |
|---|---|
| Spencer Kontnik | Michael A. Sink |
| Matthew A. Fenicle | Kerri A. Booth |
| Kontnick\|Cohen, LLC | Adams County Attorney's Office |
| 201 Steele St., Ste. 210 | 4430 S. Adams County Pkwy, Ste. C5000B |
| Denver, CO  80206 | Brighton, CO  80601 |
| Phone: 720-310-3557 | Phone: 720-523-6116 |
| Fax: 720-223-7273 | Fax: 720-523-6114 |
| skontnik@kontnikcohen.com | mskink@adcogov.org |
| mfenicle@kontnikcohen.com | kbooth@adcogov.org |
| Counsel for Plaintiff | Counsel for Gene Claps |